UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE CHAPPLE,

                      Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

**ORDER**

23-cv-6729 (PGG) (JW)

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The electronic certified transcript of the administrative proceedings (e-CAR) was mistakenly filed in this action at Dkt. No. 10.  **The Clerk of the Court is respectfully directed to strike the filing at Dkt. No. 10 and close the motion at Dkt. No. 12.**

SO ORDERED.

Dated:    New York, New York
             December 19, 2023

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge