USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE CHAPPLE,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.

23-CV-06729 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the referral to Magistrate Judge Jennifer E. Willis for Social Security. All orders, dates, and deadlines imposed by Magistrate Judge Willis likewise remain in effect, and applications concerning those matters should continue to be directed to Magistrate Judge Willis.

    All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 18, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge